EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
FRANK D. KORTUM
Assistant United States Attorney
Asset Forfeiture Section
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-5710
    Facsimile:  (213) 894-7177
    E-mail: Frank.Kortum@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>$4,931.23 IN BANK ACCOUNT FUND FROM GOLDEN STATE BANK ACCOUNT NUMBER '2059, ET AL.,<br><br>        Defendant.<br><br>———————————————————<br>TODD TUCKER, DAWN TUCKER, CAIR MEDICAL, INC., REHAB FITNESS, INC., AND A TO Z SOLUTIONS, INC.<br>        Claimants. | Case No.: SACV 15-00426-DOC(RNBx)<br><br>**PARTIAL CONSENT JUDGMENT AS TO TODD TUCKER AND DAWN TUCKER [23]**<br><br>**[NOTE: THIS ORDER RESOLVES THE CLAIM FOR ONE DEFENDANT ASSET, BUT IS NOT DISPOSITIVE OF THE CASE IN ITS ENTIRETY]** |

Plaintiff and Claimants T. Tucker and D. Tucker have made a stipulated request for the entry of this partial consent judgment of forfeiture resolving the interest of T. Tucker and D. Tucker in the defendant asset, One 2005 BMW, VIN: WBABD33445JY99036 ("BMW") registered to T. Tucker and D. Tucker, by ordering the return of the BMW to T. Tucker and D. Tucker. Claimants T. Tucker and D. Tucker filed a Verified Claim for the BMW on April 10, 2015.

The Court, having considered the stipulation of the parties, and good cause appearing therefor, **HEREBY ORDERS, ADJUDGES AND DECREES:**

1. The government has given and published notice of this action as required by law, including Supplemental Rule G for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, and the Local Rules of this Court. No claims or answers have been filed to contest the forfeiture of the defendant asset by anyone other than T. Tucker and D. Tucker and the time for filing claims and answers has expired. This Court has jurisdiction over the parties to this judgment and the defendant BMW described herein. Any potential claimants to the defendant asset described herein other than T. Tucker and D. Tucker are deemed to have admitted the allegations of the complaint for forfeiture with respect to this asset.

2. The government shall make the necessary arrangements with the United States Marshal Service to have the BMW returned to claimants T. Tucker and D. Tucker.

3. T. Tucker and D. Tucker release and hold harmless the United States of America, its agencies, agents, and officers,

1 | including employees and agents of the Federal Bureau of
2 | Investigation ("FBI"), and state and local government and law
3 | enforcement, from any and all claims, actions or liabilities
4 | arising out of or related to the seizure and retention of the
5 | defendant asset and/or this civil forfeiture action, including,
6 | without limitation, any claim for attorneys' fees, costs or
7 | interest which may be asserted on behalf of T. Tucker and D.
8 | Tucker against the United States, whether pursuant to 28 U.S.C.
9 | § 2465 or otherwise.

10 |     4.   The parties have stipulated and agreed and the Court
11 | hereby finds, that there was reasonable cause for the seizure of
12 | the defendant asset and the institution of this action.  This
13 | judgment shall be construed as a certificate of reasonable cause
14 | pursuant to 28 U.S.C. § 2465.
15 | //
16 | //
17 | //
18 | //
19 | //
20 | //
21 | //
22 | //
23 | //
24 | //
25 | //
26 | //
27 | //
28 | //

5. Each of the parties to this partial consent judgment shall bear its own fees and costs associated with this action.

Dated: August 24, 2015

                                    /s/ David O. Carter
                                UNITED STATES DISTRICT JUDGE

Presented by:

EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section


                /s/
FRANK D. KORTUM
Assistant United States Attorney

Attorney for Plaintiff

4