1  MICHAEL J. KHOURI, ESQ. [SBN 97654]              JS-6
   Email:      mkhouri@khourilaw.com
2  ANDREW B. GOODMAN, ESQ. [SBN 267972]
   Email:      agoodman@khourilaw.com
3  KHOURI LAW FIRM
   24012 Calle De La Plata, Suite 210
4  Laguna Hills, California 92653
   Telephone:   (949) 336-2433
5  Fax:         (949) 387-0044

6  Attorneys for claimants TODD TUCKER; DAWN TUCKER; CAIR MEDICAL,
   INC.; REHAB FITNESS, INC.; and A TO Z SOLUTIONS, INC.
7

8                    UNITED STATES DISTRICT COURT

9    FOR THE CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

10

11  UNITED STATES OF AMERICA,            Case No. 8:15-cv-00426 DOC
                                         (RNBx)
12                      Plaintiff,
                                         **JUDGMENT**
13  vs.

14                                       Trial date: November 10, 2016
    $4,931.28 IN BANK ACCOUNT            Time: 8:00 AM
15  FUNDS FROM GOLDEN STATE              Place: Courtroom 9D
    BANK ACCOUNT NUMBER '2059;           Judge: Hon. David O. Carter
16  $118,616.37 IN BANK ACCOUNT
    FUNDS FROM GOLDEN STATE
17  BANK ACCOUNT NUMBER '2905;
    $8,053.58 FROM BANK ACCOUNT
18  FUNDS FROM GOLDEN STATE
    BANK ACCOUNT NUMBER '4899;
19  $229,759.34 IN BANK ACCOUNT
    FUNDS FROM GOLDEN STATE
20  BANK ACCOUNT NUMBER '4725;
    $11,029.20 IN BANK ACCOUNT
21  FUNDS FROM BANK OF AMERICA
    ACCOUNT NUMBER '2354; ONE
22  2013 NISSAN; ONE 2005 BMW; ONE
    2010 MERCEDES; ONE 2007
23  TOYOTA; and ONE 2012
    CHEVROLET,
24
25
                        Defendants.
26
27
28

                              1
_____
                      **JUDGMENT**

The Court made its Findings of Fact and Conclusions of Law (Dkt. 71) in the above-entitled civil forfeiture matter after a bench trial on November 10, 2016. The Court concluded that the plaintiff UNITED STATES OF AMERICA ("United States") was not entitled to forfeiture of the following assets:

- $4,931.28 IN BANK ACCOUNT FUNDS FROM GOLDEN STATE BANK ACCOUNT NUMBER '2059;
- $118,616.37 IN BANK ACCOUNT FUNDS FROM GOLDEN STATE BANK ACCOUNT NUMBER '2905;
- $8,053.58 FROM BANK ACCOUNT FUNDS FROM GOLDEN STATE BANK ACCOUNT NUMBER '4899;
- $229,759.34 IN BANK ACCOUNT FUNDS FROM GOLDEN STATE BANK ACCOUNT NUMBER '4725;
- $11,029.20 IN BANK ACCOUNT FUNDS FROM BANK OF AMERICA ACCOUNT NUMBER '2354;
- ONE 2013 NISSAN;
- ONE 2005 BMW;
- ONE 2010 MERCEDES;
- ONE 2007 TOYOTA; and
- ONE 2012 CHEVROLET.

(Collectively, the "Defendant Assets.")

Accordingly, the Court ruled in favor of claimants TODD TUCKER ("Todd Tucker"), DAWN TUCKER ("Dawn Tucker"), CAIR MEDICAL, INC. ("Cair Medical"), REHAB FITNESS, INC. ("Rehab Fitness"), and A TO Z SOLUTIONS, INC. ("A to Z Solutions") (collectively, Todd Tucker, Dawn Tucker, Cair Medical, Rehab Fitness, and A to Z Solutions are "Claimants") and against the United States. (*See* Dkt. 71.)

The clerk shall enter judgment pursuant to Federal Rules of Civil Procedure, rule 58(b)(2)(B). Under Local Rule 58-9, the clerk shall transmit a copy of this

**JUDGMENT**

1   Judgment to the United States via Assistant United States Attorney Frank Kortum.

2   Within seven business days of the transmittal of this Judgment to Assistant United

3   States Attorney Frank Kortum, the United States shall return the Defendant Assets

4   to Claimants, except the 2005 BMW, which the United States previously returned

5   (Dkt. 24).

6   IT IS SO ORDERED.

7

8

9   DATED:  January 17, 2017              _____
                                          Honorable David O. Carter
10                                        Judge, United States District Court

11

12   DATED:  January 17, 2017             Respectfully submitted,

13                                        KHOURI LAW FIRM

14

15                             By:   */s/ Andrew B. Goodman*
                                     MICHAEL J. KHOURI
16                                   Email: mkhouri@khourilaw.com
                                     ANDREW B. GOODMAN
17                                   Email: agoodman@khourilaw.com
18                                   Attorneys for Claimants

19

20

21

22

23

24

25

26

27

28

3

**JUDGMENT**